## WESTERN UNION TELEGRAPH CO. v. NASHVILLE, C. & ST. L. RY.

(Circuit Court of Appeals, Fifth Circuit. January 3, 1917.)

### No. 2971.

Appeal from the District Court of the United States for the Northern District of Georgia; William T. Newman, Judge.

Suit by the Western Union Telegraph Company against the Nashville, Chattanooga & St. Louis Railway. Decree dismissing the bill (233 Fed. 605), and plaintiff appeals. Decree modified, by making the order of dismissal conditional on plaintiff's failure to amend its bill within the time allowed, and, as modified, affirmed.

Arthur Heyman, of Atlanta, Ga., and W. L. Clay, of Savannah, Ga., for appellant.

John L. Tye and Henry C. Peeples, both of Atlanta, Ga., and Claude Waller, of Nashville, Tenn., for appellee.

Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. Following rulings made in the case of Western Union Telegraph Co. v. Louisville & Nashville R. Co., 238 Fed. 26, —— C. C. A. —— (present term, U. S. Circuit Court of Appeals, 5th Circuit), and Western Union Telegraph Co. v. Atlanta & West Point R. Co., 238 Fed. 36, —— C. C. A. —— (present term, U. S. Circuit Court of Appeals, 5th Circuit), the decree appealed from in the above-entitled case will be modified, by adding thereto an order that the appellant have leave to amend its bill of complaint, as it may be advised, within 30 days after the date of the filing in the District Court of the mandate of this court, and by making the order for the dismissal of the bill conditional upon the appellant's failure to amend its bill within the time allowed. As so modified, the decree appealed from is affirmed; the court costs of the suit to be taxed against the appellant.